## STATE of Missouri, Respondent,

v.

## James R. BLACK, Appellant.

## Nos. WD 47967, WD 50142.

Missouri Court of Appeals,
Western District.

Nov. 21, 1995.

William Gavras, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and ULRICH and ELLIS, JJ.

### ORDER

PER CURIAM:

Appeal from conviction of stealing by deceit, § 570.030, RSMo 1986, and sentence therefrom.

Rule 29.15 motion abandoned, and therefore dismissed.

Affirmed. Rule 30.25(b).

■

## STATE of Missouri, Respondent,

v.

## Maggie SNYDER, Appellant.

## Maggie SNYDER, Appellant,

v.

## STATE of Missouri, Respondent.

## Nos. WD 47902, WD 49947.

Missouri Court of Appeals,
Western District.

Nov. 21, 1995.

James C. Cox, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SPINDEN, P.J., and
BRECKENRIDGE and SMART, JJ.

### ORDER

PER CURIAM:

Maggie Snyder was convicted by a jury of two counts of rape, § 566.030, RSMo Cum. Supp.1990, and sentenced by the trial court to two consecutive five-year terms of imprisonment. She appeals, contending the trial court erred by admitting into evidence out-of-court statements made by the two child victims and by failing to order a mistrial after the prosecutor improperly paraphrased a response by one of the victims on direct examination. Ms. Snyder also appeals from the order denying relief on her Rule 29.15 motion.

The judgments of the trial court and the motion court are affirmed. Rules 84.16(b) and 30.15(b).